**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CRYPTON FUTURE MEDIA, INC., | |
| Plaintiff, | Case No. 26-cv-4920 |
| v. | |
| THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, | Hon. Elaine E. Bucklo |
| Defendants. | |

**PLAINTIFF'S MOTION FOR ELECTRONIC SERVICE OF PROCESS
PURSUANT TO FED. R. CIV. P. 4(f)(3)**

Pursuant to Federal Rules of Civil Procedure 4(f)(3), Plaintiff, Crypton Future Media, Inc., seeks this Court's authorization to effectuate service of process by e-mail and electronic publication against the defendants identified on Schedule A to the Complaint. A Memorandum of Law in Support is filed concurrently with this Motion.

Dated: May 12, 2026

Respectfully submitted,

/s/ *Sofia Quezada Hastings*
Sofia Quezada Hastings
***One of the Attorneys for Plaintiff***

Matthew De Preter
Sofia Quezada Hastings
ARONBERG GOLDGEHN DAVIS & GARMISA
225 W. Washington St. Suite 2800
Chicago, IL 60606
312-755-3139
cdepreter@agdglaw.com
shastings@agdglaw.com

4885-4511-2463, v. 1