**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CRYPTON FUTURE MEDIA, INC., | |
| Plaintiff, | Case No. 26-cv-4920 |
| v. | |
| THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, | Hon. Elaine E. Bucklo |
| Defendants. | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that Plaintiff, Crypton Future Media, Inc., through its attorneys, shall appear before the Honorable Elaine E. Bucklo, on Wednesday, June 3 2026, at 9:45 a.m., to present its Motion to Seal Certain Documents, Motion for Electronic Service of Process, and Motion for Temporary Restraining Order.

Dated: May 27, 2026

Respectfully submitted,

/s/ *Sofia Quezada Hastings*
Sofia Quezada Hastings
***One of the Attorneys for Plaintiff***

Matthew De Preter
Sofia Quezada Hastings
ARONBERG GOLDGEHN DAVIS & GARMISA
225 W. Washington St. Suite 2800
Chicago, IL 60606
312-755-3153
cdepreter@agdglaw.com
shastings@agdglaw.com