



FILED
6/15/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MAM

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CRYPTON FUTURE MEDIA, INC.,
Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,
Defendants.

Case No. 26-cv-04920
Hon. Elaine E. Bucklo

**DEFENDANT'S MOTION FOR ACCESS TO SEALED DOCUMENTS PERTAINING TO DEFENDANT (DKT. 2, 6, AND 10)**

Defendant Li Jun Yu, operating the eBay seller account "lazyfishdesigns," appearing pro se, respectfully moves for limited access to the sealed documents that identify and restrain this Defendant, and in support states:

1. Defendant operates the eBay account "lazyfishdesigns." Funds in that account were restrained on or about June 8, 2026 pursuant to this Court's Temporary Restraining Order (Dkt. 10) and the asset-restraint provisions therein.
2. Defendant has filed an appearance in this action and participates as a party.
3. The Temporary Restraining Order restraining Defendant's assets (Dkt. 10), the Schedule A identifying Defendant by seller alias (Dkt. 2), and the evidentiary exhibit corresponding to Defendant's seller alias (Dkt. 6) are filed under seal. To date, Defendant has not been able to review the order restraining its own property, the basis on which Defendant was identified, or the evidence underlying the restraint.
4. Defendant cannot meaningfully respond to the Complaint or address the asset restraint without reviewing the order that restrains its property and the evidence offered in support of it. A party whose assets have been restrained is entitled to review the order of restraint and the evidence supporting it.
5. Defendant seeks access only to materials pertaining to Defendant itself, namely: (a) the Temporary Restraining Order (Dkt. 10); (b) Defendant's own entry on Schedule A (Dkt. 2); and (c) the exhibit within Dkt. 6 corresponding to Defendant's seller alias "lazyfishdesigns." Defendant does not seek access to information concerning any other defendant and does not seek to disturb the seal as to any other party.

WHEREFORE, Defendant respectfully requests that the Court enter an order directing Plaintiff to provide to Defendant, or permitting Defendant to access, the documents identified in paragraph 5 above, and granting such further relief as the Court deems just.

Dated: June 15, 2026

Respectfully submitted,
s/ Li Jun Yu
Li Jun Yu, Defendant, pro se
partners@winteryutami.com
PO Box 40014, RPO Liberty Village, Toronto, ON M5V 0K7, Canada
647-704-8313

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CRYPTON FUTURE MEDIA, INC.,
Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,
Defendants.

Case No. 26-cv-04920
Hon. Elaine E. Bucklo

**[PROPOSED] ORDER**

This matter coming before the Court on Defendant Li Jun Yu's Motion for Access to Sealed Documents Pertaining to Defendant, and the Court being fully advised in the premises, IT IS HEREBY ORDERED:

1. The Motion is GRANTED.
2. Within three (3) business days of the entry of this Order, Plaintiff shall provide to Defendant copies of: (a) the Temporary Restraining Order (Dkt. 10); (b) Defendant's entry on Schedule A (Dkt. 2); and (c) the exhibit within Dkt. 6 corresponding to seller alias "lazyfishdesigns."

ENTERED:

_____

Hon. Elaine E. Bucklo
United States District Judge

Date: _____