

BC FILED 6/16/2026 EK THOMAS G. BRUTON CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| CRYPTON FUTURE MEDIA, INC.,<br>    Plaintiff,<br>v.<br>THE PARTNERSHIPS AND<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED ON SCHEDULE A,<br>    Defendants. | Case No. 26-cv-04920<br><br>Hon. Elaine E. Bucklo<br><br>(Filed by Defendant Li Jun Yu, eBay<br>seller "lazyfishdesigns") |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on June 18, 2026, at 9:45 a.m., or as soon thereafter as the matter may be heard, Defendant Li Jun Yu, appearing pro se, shall present the attached Defendant's Motion to Dissolve or Modify the Asset Restraint before the Honorable Elaine E. Bucklo. Defendant understands that, under the Court's procedures, civil motions are decided on the papers and that no personal appearance is required.

This motion is opposed.

Dated: June 16, 2026

*s/ Li Jun Yu*
Li Jun Yu, Defendant, pro se
partners@winteryutami.com
PO Box 40014, RPO Liberty Village, Toronto, ON M5V 0K7, Canada
647-704-8313