## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

CRYPTON FUTURE MEDIA, INC.,

                    Plaintiff,

v.

THE PARTNERSHIPS and
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

                    Defendants.

Case No. 26-cv-4920

Hon. Elaine E. Bucklo

## MOTION TO STRIKE DOCKET ENTRIES 16-18

Plaintiff Crypton Future Media Inc. ("Plaintiff") move this Honorable Court to strike Defendant lazyfishdesigns ("Defendant")'s Motion for Access to Sealed Documents, Motion to Dissolve or Modify the Asset Restraint (the "Motions") [Dkts. 16-18], or in the alternative, to compel Defendant to obtain U.S. counsel. The Motions were filed pro se by Li Jun Yu, an individual who purports to be the operator of Defendant lazyfishdesigns. Dkt 16.

However, Defendant is a business entity, operating under "LazyFishDesigns" rather than "Li Jun Yu." Therefore, Defendant is "not permitted to litigate in a federal court unless it is represented by a lawyer licensed to practice in that court." *United States v. Hagerman*, 545 F.3d 579, 581 (7th Cir. 2008) (citations omitted). Even if "Li Jun Yu" is the owner, operator, or authorized representative of this entity, Defendant still needs to be represented by counsel licensed to practice before this Court. *United States v. Certain RealProperty*, 381 F. Supp. 3d 1007, 1009 (E.D. Wisc. 2018) (granting motion to strike claim filed by an authorized representative of a corporation because it is not a proper pleading filed by an attorney of record for a party); *E.L.O. Corporation v. The P'ships, et al.*, 25-cv-12337 (N.D. Ill. Feb. 3, 2026) (Gettleman, R.) (Docket No. 84) (denying motion filed by pro se defendant because "Business entities, such as corporations, LLCs, and partnerships may not litigate pro se"). Accordingly, Plaintiff respectfully requests that this Court strike Defendant's Motions or in the alternative, compel Defendant to obtain U.S. counsel, because this

entity is not properly represented by an attorney of record. Permitting an organized business entity to proceed as a pro se defendant without the assistance of counsel burdens the Court and would prejudice Plaintiff.

Dated: June 17, 2026

Respectfully submitted,

/s/ *Sofia Quezada Hastings*
Sofia Quezada Hastings
***One of the Attorneys for Plaintiff***

Matthew De Preter
Sofia Quezada Hastings
ARONBERG GOLDGEHN DAVIS & GARMISA
225 W. Washington St. Suite 2800
Chicago, IL 60606
312-755-3153
cdepreter@agdglaw.com
shastings@agdglaw.com

2