### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| CRYPTON FUTURE MEDIA, INC., | |
| Plaintiff, | Case No. 26-cv-4920 |
| v. | |
| THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, | Hon. Elaine E. Bucklo |
| Defendants. | |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that Plaintiff, Crypton Future Media, Inc., through its attorneys,

shall present before the Honorable Elaine E. Bucklo its Motion to Strike Docket Entries 16-18 on

June 18, 2026 at 9:45 AM.

Dated: June 17, 2026                        Respectfully submitted,

                                               /s/ *Sofia Quezada Hastings*
                                               Sofia Quezada Hastings
                                               ***One of the Attorneys for Plaintiff***

Matthew De Preter
Sofia Quezada Hastings
ARONBERG GOLDGEHN DAVIS & GARMISA
225 W. Washington St. Suite 2800
Chicago, IL 60606
312-755-3153
cdepreter@agdglaw.com
shastings@agdglaw.com