## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Crypton Future Media, Inc.

                                        Plaintiff,

v.                                                      Case No.:
                                                        1:26−cv−04920

                                                        Honorable Elaine
                                                        E. Bucklo

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 26, 2026:

     MINUTE entry before the Honorable Elaine E. Bucklo: Plaintiff's motion for entry of a preliminary injunction [23] is granted with the exception as to Defendant No. 22– lazyfishdesigns (Pro Se) and Defendant No. 61– Latinafy.com. Enter Preliminary Injunction Order. The Clerk of Court is directed to unseal the following documents: Plaintiff's Schedule A [2], Exhibits to the Declaration of Stewart Miller [6], and the TRO [10]. Defendant lazyfishdesigns motion for access to sealed documents pertaining to Defendant (Dkt. 2,6, and 10) [16] is moot. Plaintiff shall respond to Defendant Gokul's motion for a court order authorizing direct debit of settlement funds from restrained Walmart account [27] by 7/6/2026. Ruling on motions [18], [20], and [27] set for 7/13/2026. The court will issue ruling by electronic mail. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.