## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Crypton Future Media, Inc., | |
| Plaintiff, | Case No. 26-cv-4920 |
| v. | |
| THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, | Hon. Elaine E. Bucklo |
| Defendants. | |

## PRELIMINARY INJUNCTION ORDER

Plaintiff Crypton Future Media, Inc. ("Crypton") filed a Motion for Entry of a Preliminary Injunction against the against the fully interactive, e-commerce stores[1] operating under the seller aliases identified in Schedule A to the Complaint and attached hereto (collectively, "Defendants") and using at least the domain names identified in Schedule A (the "Defendant Domain Names") and the online marketplace accounts identified in Schedule A (the "Online Marketplaces"). After reviewing the Motion and the accompanying record, this Court GRANTS Crypton's Motion in part as follows.

This Court finds Crypton has provided notice to Defendants in accordance with the Temporary Restraining Order entered May 29, 2026 ("TRO"), and Federal Rule of Civil Procedure 65(a)(1).

This Court also finds, in the absence of adversarial presentation, that it has personal jurisdiction over Defendants because Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Crypton has provided a basis

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces.

to conclude that Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing and counterfeit versions of Crypton's federally registered trademarks (the "Crypton Trademarks") to residents of Illinois. In this case, Crypton has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the Crypton Trademarks. *See* Docket No. [6], which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the Crypton Trademarks.

This Court also finds that the injunctive relief previously granted in the TRO should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of Crypton's previously granted Motion for Entry of a TRO establishes that Crypton has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that Crypton will suffer irreparable harm if the injunction is not granted.

Specifically, Crypton has proved a *prima facie* case of trademark infringement because (1) the Crypton Trademarks are distinctive marks and are registered with the U.S. Patent and Trademark Office on the Principal Register, (2) Defendants are not licensed or authorized to use any of the Crypton Trademarks, and (3) Defendants' use of the Crypton Trademarks is causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with

2

Crypton. Furthermore, Defendants' continued and unauthorized use of the Crypton Trademarks irreparably harms Crypton through diminished goodwill and brand confidence, damage to Crypton's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, Crypton has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. Accordingly, this Court orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be preliminarily enjoined and restrained from:

   a. using the Crypton Trademarks or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Crypton product or not authorized by Crypton to be sold in connection with the Crypton Trademarks;

   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Crypton product or any other product produced by Crypton, that is not Crypton's or not produced under the authorization, control, or supervision of Crypton and approved by Crypton for sale under the Crypton Trademarks;

   c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of Crypton, or are sponsored by, approved by, or otherwise connected with Crypton; and

   d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Crypton, nor authorized by

3

Crypton to be sold or offered for sale, and which bear any of Crypton's trademarks, including the Crypton Trademarks, or any reproductions, counterfeit copies, or colorable imitations.

2. Defendants shall not transfer or dispose of any money or other of Defendants' assets in any of Defendants' financial accounts.

3. The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, and the domain name registrars, including, but not limited to, GoDaddy Operating Company LLC, Name.com, PDR LTD. d/b/a/ PublicDomainRegistry.com, and Namecheap Inc., within seven (7) calendar days of receipt of this Order or prior to the expiration of this Order, whichever date shall occur first, shall disable the Defendant Domain Names and make them inactive and untransferable until further order by this Court.

4. Upon Crypton's request, Defendants and any third party with actual notice of this Order who is providing services for any of Defendants, or in connection with any of Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc., AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc., ContextLogic Inc. d/b/a Wish.com ("Wish.com"), and Dhgate (collectively, the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to Crypton expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Inc. ("PayPal"), Alipay, Wish.com, Alibaba, Ant Financial Services Group ("Ant Financial"), Amazon Pay, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

5. Upon Crypton's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 4, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the Crypton Trademarks.

6.  Any Third Party Providers, including PayPal, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order:

    a.  locate all accounts and funds connected to Defendants' seller aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses provided for Defendants by third parties; and

    b.  restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by this Court.

7.  Crypton may provide notice of the proceedings in this case to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Pleadings, this Order, and other relevant documents on a website and by sending an e-mail with a link to said website to the e-mail addresses identified in Exhibits to the Declaration of Stewart Miller and any e-mail addresses provided for Defendants by third parties. The Clerk of the Court is directed to issue a single original summons in the name of "The Partnerships and all other Defendants identified in the Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

8.  Plaintiff's Schedule A [2], Exhibits to the Declaration of Stewart Miller [6], and the TRO [10] are unsealed.

9.      Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

10.     The $10,000 bond posted by Crypton shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

SO ORDERED:

Elaine E. Bucklo
United States District Judge

Dated: June 26, 2026

7

## SCHEDULE A

| Doe No. | Defendants | Seller URL |
|---|---|---|
| 1 | aiden777 | https://www.ebay.com/sch/i.html?item=306558716137&rt=nc&_trksid=p4429486.m3561.l1161211&_ssn=aiden777 |
| 2 | abderelm_54 | https://www.ebay.com/str/sarateeshop?_tab=about |
| 3 | animejoker | https://www.ebay.com/str/animejoker? |
| 4 | armoire.23 | https://www.ebay.com/usr/armoire.23 |
| 5 | aursilvar_0 | https://www.ebay.com/usr/aursilvar_0? |
| 6 | cabblem-70 | https://www.ebay.com/str/monsalvepizarro?_tab=about |
| 7 | choichiang3 | https://www.ebay.com/str/toyvaultus |
| 8 | dallasgreerf0 | https://www.ebay.com/str/inkrushtees |
| 9 | dealmart-11 | https://www.ebay.com/str/dealmart01? |
| 10 | dilshsasan0 | https://www.ebay.com/str/tinyjoyus? |
| 11 | east_gzone | https://www.ebay.com/str/gzonegamingaccmall |
| 12 | fandomfusion | https://www.ebay.com/str/fandomfusion?_tab=about |
| 13 | **DISMISSED** | |
| 14 | guangzhoulishaohen-0 | https://www.ebay.com/usr/guangzhoulishaohen-0 |
| 15 | hunuera_0 | https://www.ebay.com/usr/hunuera_0?_tab=about |
| 16 | innovationstudioco | https://www.ebay.com/usr/innovationstudioco |
| 17 | jiayi368829 | https://www.ebay.com/usr/jiayi368829 |
| 18 | jo_773994 | https://www.ebay.com/usr/jo_773994?_tab=about |
| 19 | justsimplestore | https://www.ebay.com/usr/justsimplestore?_tab=about |
| 20 | kewil_2027 | https://www.ebay.com/usr/kewil_2027? |
| 21 | lakshs_44 | https://www.ebay.com/usr/lakshs_44 |

| Doe No. | Defendants | Seller URL |
|---|---|---|
| 22 | lazyfishdesigns | https://www.ebay.com/str/lazyfishdesigns?_tab=about |
| 23 | leighttoby0 | https://www.ebay.com/usr/leighttoby0?_tab=about |
| 24 | lpjsough64h | https://www.ebay.com/usr/lpjsough64h |
| 25 | mms-2026 | https://www.ebay.com/usr/mms-2026?_tab=about |
| 26 | modeltoy_an | https://www.ebay.com/str/abbymodelcollection?_tab=about |
| 27 | moodieclub | https://www.ebay.com/str/moodieclub?_trksid=p4429486.m3561.l1161211 |
| 28 | moujin4_10 | https://www.ebay.com/str/moujin410 |
| 29 | mrmoeshcn | https://www.ebay.com/usr/mrmoeshcn |
| 30 | myanime | https://www.ebay.com/str/animemerchandise?_tab=about |
| 31 | nal-4042 | https://www.ebay.com/str/utee |
| 32 | nguyenvant-85 | https://www.ebay.com/usr/nguyenvant-85?_tab=about |
| 33 | ofekavidor | https://www.ebay.com/str/moonoozookistore |
| 34 | prabrathn_58 | https://www.ebay.com/str/prabrasestore?_tab=about |
| 35 | qth-digi2cart | https://www.ebay.com/usr/qth-digi2cart?_tab=about |
| 36 | sa_280316 | https://www.ebay.com/usr/sa_280316? |
| 37 | samarathunganirosham-0 | https://www.ebay.com/usr/samarathunganirosham-0 |
| 38 | sami_krouch | https://www.ebay.com/str/daisyx03? |
| 39 | ss0305-37 | https://www.ebay.com/str/ss030537? |
| 40 | tangfoudi87 | https://www.ebay.com/usr/tangfoudi87 |
| 41 | the-video-bin | https://www.ebay.com/usr/the-video-bin |
| 42 | tiangenmaoyi | https://www.ebay.com/str/tiangenmaoyi |
| 43 | UTee | https://www.ebay.com/str/utee?_tab=about |
| 44 | velonicaenterprises | https://www.ebay.com/str/velonicaenterprises |
| 45 | wavesrealm | https://www.ebay.com/str/qianyueplushclub |

| Doe No. | Defendants | Seller URL |
|---------|------------|------------|
| 46 | Whispering-Doll | https://www.ebay.com/str/fantasy treasurepavilion |
| 47 | y8x_seller | https://www.ebay.com/str/y8xstore |
| 48 | yigalshaul2525 | https://www.ebay.com/str/auracraftinteriors |
| 49 | yushte_0 | https://www.ebay.com/str/yushte0? |
| 50 | zhenchao56 | https://www.ebay.com/usr/zhenchao56 |
| 51 | zhennanlu7 | https://www.ebay.com/str/zhennanlu7?_tab=about |
| 52 | EnticingEmber | https://www.fruugo.us/enticingember/m-26605 |
| 53 | Exllout | https://www.fruugo.us/exllout/m-30056 |
| 54 | OpulentOasis | https://www.fruugo.us/opulentoasis/m-26624 |
| 55 | Anime Posters Mall | https://animepostermall.com |
| 56 | BlingKiyo | https://blingkiyo.com |
| 57 | Hatsune Miku Merch | https://hatsunemikumerch.com |
| 58 | Hearthtops Store | https://hearthtops.com/ |
| 59 | INS Hobby | https://inshobby.com |
| 60 | kawaii keycaps | https://kawaiikeycaps.com/ |
| 61 | Latinafy.com | https://latinafy.com |
| 62 | Miku Plush Shop | https://mikuplushies.com/ |
| 63 | Minixpc.com. | https://minixpc.com |
| 64 | MoeGallery | https://www.moegallery.com |
| 65 | My Painted Shoes. | https://www.mypaintedshoes.com |
| 66 | Robinplacefabrics | https://robinplacefabrics.com |
| 67 | SASUGATOYS | https://sasugatoys.com |
| 68 | teeclover | https://checkout.teeclover.com |
| 69 | Tiny Spark | https://tinysparkshop.com |
| 70 | Wrapime | https://wrapime.com |
| 71 | AN GHYJ | https://us.shein.com/store/home?store_code=6540195380 |
| 72 | BOUDEN | https://us.shein.com/store/home?store_code=2162502310 |
| 73 | CorriganWin | https://us.shein.com/store/home?store_code=8457670451 |
| 74 | FANCHENXMN SHOP | https://us.shein.com/store/home?ici=PageGoodsDetail&main_cate_id=7988&main_goods_id=388861434&page_from=PageGoodsDetail&rule_poskey=DetailShopItemList&src_identifier=on%3Dstore%60cn%3DFANCHENXMN%20SHOP%60hz%3D0%60ps%3D1_1%60 |

10

| Doe No. | Defendants | Seller URL |
|---|---|---|
| | | jc%3DthirdPartyStoreHome_4922853 215&src_module=DetailBrand&src_t ab_page_id=page_goods_detail1773 215603526&store_code=4922853215& tab=items |
| 75 | ftrhh | https://us.shein.com/store/home? store_code=9633137907 |
| 76 | HEFNG SHOP | https://us.shein.com/store/home? store_code=5642357676 |
| 77 | heloo sdjs | https://us.shein.com/store/home? ici=PageGoodsDetail&main_cate_id =7988&main_goods_id=414329399&pa ge_from=PageGoodsDetail&rule_pos key=DetailShopItemList&src_ident ifier=on%3Dstore%60cn%3Dheloo%20 %20sdjs%60hz%3D0%60ps%3D1_1%60jc %3DthirdPartyStoreHome_689532301 1&src_module=DetailBrand&src_tab _page_id=page_goods_detail177321 4865869&store_code=6895323011&ta b=items |
| 78 | JUNZHITSHOP | https://us.shein.com/store/home? store_code=9238357812 |
| 79 | lfcx60lt | https://us.shein.com/store/home? store_code=6495978423 |
| 80 | LIIUHAIOP SHOP | https://us.shein.com/store/home? store_code=3583556708 |
| 81 | Luo Lin Huan | https://us.shein.com/store/home? store_code=4264926443 |
| 82 | MirandaVerges | https://us.shein.com/store/home? ici=PageGoodsDetail&main_cate_id =3405&main_goods_id=372393070&pa ge_from=PageGoodsDetail&rule_pos key=DetailShopItemList&src_ident ifier=on%3Dstore%60cn%3DMirandaV erges%60hz%3D0%60ps%3D1_1%60jc%3 DthirdPartyStoreHome_7643557728& src_module=DetailBrand&src_tab_p age_id=page_goods_detail17715832 13428&store_code=7643557728&tab= items |
| 83 | MissMeeca | https://us.shein.com/store/home? store_code=6024494852 |
| 84 | MossShade45 | https://us.shein.com/store/home? store_code=3067829094 |
| 85 | NWEUIDD | https://us.shein.com/store/home? store_code=3533917992 |

11

| Doe No. | Defendants | Seller URL |
|---------|-----------|-----------|
| 86 | Premium Ru Bar | https://us.shein.com/store/home?store_code=1246348778 |
| 87 | qiuweiwendediandian | https://us.shein.com/store/home?store_code=6611798964 |
| 88 | qiuxuan | https://us.shein.com/store/home?ici=PageGoodsDetail&main_cate_id=2305&main_goods_id=145334060&page_from=PageGoodsDetail&rule_pos key=DetailShopItemList&src_ident ifier=on%3Dstore%60cn%3Dqiuxuan%60hz%3D0%60ps%3D1_1%60jc%3Dthird PartyStoreHome_1734043644&src_mo dule=DetailBrand&src_tab_page_id=page_goods_detail1771242673132&store_code=1734043644&tab=items |
| 89 | qSjOaLxB | https://us.shein.com/store/home?ici=PageGoodsDetail&main_cate_id=3554&main_goods_id=349203760&page_from=PageGoodsDetail&rule_pos key=DetailShopItemList&src_ident ifier=on%3Dstore%60cn%3DqSjOaLxB%60hz%3D0%60ps%3D1_1%60jc%3Dthir dPartyStoreHome_5795175964&src_m odule=DetailBrand&src_tab_page_i d=page_goods_detail1773317935344 &store_code=5795175964&tab=items |
| 90 | Raw rice | https://us.shein.com/store/home?store_code=3371933868 |
| 91 | rwgety | https://us.shein.com/store/home?store_code=8618797112 |
| 92 | SGNHJ | https://us.shein.com/store/home?store_code=7431147845 |
| 93 | SGSFSFSDFdfsbdsghsgh65nh | https://us.shein.com/store/home?store_code=5965799386 |
| 94 | suxionhug5s store | https://us.shein.com/store/home?store_code=8666409687 |
| 95 | The Quiet Space Studio | https://us.shein.com/store/home?store_code=2412605979 |
| 96 | ThreadTonic1 | https://us.shein.com/store/home?store_code=1091940323 |
| 97 | TU GOU | https://us.shein.com/store/home?ici=PageGoodsDetail&main_cate_id=1773&main_goods_id=346893405&page_from=PageGoodsDetail&rule_pos key=DetailShopItemList&src_ident ifier=on%3Dstore%60cn%3DTU%20GOU %60hz%3D0%60ps%3D1_1%60jc%3Dthir dPartyStoreHome_5052506481&src_m |

| Doe No. | Defendants | Seller URL |
|---|---|---|
|  |  | odule=DetailBrand&src_tab_page_i d=page_goods_detail1772530992926 &store_code=5052506481&tab=items |
| 98 | USA Gsjaey shop | https://us.shein.com/store/home? store_code=2735122149 |
| 99 | vhjyjhvbhj | https://us.shein.com/store/home? ici=PageGoodsDetail&main_cate_id =1773&main_goods_id=431777686&pa ge_from=PageGoodsDetail&rule_pos key=DetailShopItemList&src_ident ifier=on%3Dstore%60cn%3Dvhjyjhvb hj%60hz%3D0%60ps%3D1_1%60jc%3Dth irdPartyStoreHome_3847271257&src _module=DetailBrand&src_tab_page _id=page_goods_detail17748759666 68&store_code=3847271257&tab=ite ms |
| 100 | XCVGVGHG | https://us.shein.com/store/home? store_code=1923204805 |
| 101 | xfrgt | https://us.shein.com/store/home? ici=PageGoodsDetail&main_cate_id =1738&main_goods_id=416461455&pa ge_from=PageGoodsDetail&rule_pos key=DetailShopItemList&src_ident ifier=on%3Dstore%60cn%3Dxfrgt%60 hz%3D0%60ps%3D1_1%60jc%3DthirdPa rtyStoreHome_6316384586&src_modu le=DetailBrand&src_tab_page_id=p age_goods_detail1774003544284&st ore_code=6316384586&tab=items |
| 102 | Xiuhuiqian-shop | https://us.shein.com/store/home? store_code=6031126998 |
| 103 | Xue Yueyun | https://us.shein.com/store/home? store_code=1302118739 |
| 104 | yanshauuichng | https://us.shein.com/store/home? store_code=5071125301 |
| 105 | Zest & Zephyr | https://us.shein.com/store/home? store_code=4414135861 |
| 106 | zhiiguy | https://us.shein.com/store/home? store_code=4421640103 |
| 107 | zhuzihannvzhuang | https://us.shein.com/store/home? ici=PageGoodsDetail&main_cate_id =7988&main_goods_id=379213140&pa ge_from=PageGoodsDetail&rule_pos key=DetailShopItemList&src_ident ifier=on%3Dstore%60cn%3Dzhuzihan nvzhuang%60hz%3D0%60ps%3D1_1%60j c%3DthirdPartyStoreHome_42715666 |

13

| Doe No. | Defendants | Seller URL |
|---|---|---|
|  |  | 33&src_module=DetailBrand&src_ta b_page_id=page_goods_detail17712 43037258&store_code=4271566633&t ab=items |
| 108 | Zisncetnith | https://us.shein.com/store/home? ici=PageGoodsDetail&main_cate_id =3421&main_goods_id=348147606&pa ge_from=PageGoodsDetail&rule_pos key=DetailShopItemList&src_ident ifier=on%3Dstore%60cn%3DZisncetn ith%60hz%3D0%60ps%3D1_1%60jc%3Dt hirdPartyStoreHome_8423606568&sr c_module=DetailBrand&src_tab_pag e_id=page_goods_detail1771420779 688&store_code=8423606568&tab=it ems |
| 109 | Dai Weixiong | https://www.walmart.com/seller/1 03090445 |
| 110 | dingming | https://www.walmart.com/seller/1 03093357 |
| 111 | GuiXianSHOP | https://www.walmart.com/seller/1 02828476 |
| 112 | Jianzhi Trading | https://www.walmart.com/global/s eller/102920968 |
| 113 | KLinh Creations | https://www.walmart.com/seller/1 02599178 |
| 114 | Mengting | https://www.walmart.com/seller/1 03093445 |
| 115 | miaochunlong | https://www.walmart.com/global/s eller/102894620 |
| 116 | ModaLink Apparel | https://www.walmart.com/seller/1 03091139 |
| 117 | Nanyang Fengyou Trading | https://www.walmart.com/seller/1 02765433 |
| 118 | NYSEKAI | https://www.walmart.com/seller/1 02976489 |
| 119 | Ocean wind king 2025 | https://www.walmart.com/seller/1 02868523 |
| 120 | QTH | https://www.walmart.com/global/s eller/102672738 |
| 121 | Saad Tanveer | https://www.walmart.com/global/s eller/102731051 |
| 122 | Simply Direct | https://www.walmart.com/global/s eller/102677835 |
| 123 | Tonnylam | https://www.walmart.com/global/s eller/101663779 |
| 124 | Xff231 | https://www.walmart.com/seller/1 02938786 |

| Doe No. | Defendants | Seller URL |
|---------|------------|------------|
| 125 | YuHang Tian | https://www.walmart.com/seller/103116786 |
| 126 | Zhaohong | https://www.walmart.com/global/seller/103086344 |