IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Crypton Future Media, Inc.,      )
                                 )
        Plaintiff,               )
                                 )
    v.                           )   No. 26 C 4920
                                 )
                                 )
The Partnerships and             )
Unincorporated Associations      )
Identified on Schedule A         )
                                 )
        Defendants.              )

Order

Defendant Gokul's Motion for a Court Order Authorizing Direct Debit of Settlement Funds from Restrained Walmart Account is denied without prejudice. In response to the motion, plaintiff states that it has no objection to requiring that settlement funds be paid via transfer from defendant's (currently restrained) Walmart Account, but that contrary to defendant's representations, the parties' settlement negotiations have not yet concluded, and no settlement agreement has been executed.

Accordingly, the motion is denied with leave to reinstate if and when a final settlement agreement is concluded.

**ENTER ORDER:**

_____
**Elaine E. Bucklo**
United States District Judge

Dated: July 10, 2026